UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 18-071 |
| NATHANIEL RAINEY | * | SECTION: "R" |

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Nathaniel Rainey, defendant herein, appeals to the United States Court of Appeals for the Fifth Circuit from the district court's order on July 28, 2021, revoking the defendant's term of supervised release (Rec. Doc. 66).

Respectfully submitted, 30th day of July.

CLAUDE J. KELLY
Federal Public Defender

/s/ Jerrod Thompson-Hicks
JERROD THOMPSON-HICKS
Assistant Federal Public Defender
500 Poydras Street, Suite 318
Hale Boggs Federal Building
New Orleans, Louisiana 70130
(504) 589-7930
Bar No.: LA 32729
E-Mail: jerrod_thompson-hicks@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2021, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  n/a.

/s/ Jerrod Thompson-Hicks
JERROD THOMPSON-HICKS
Assistant Federal Public Defender